THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR. 
 THE STATE OF SOUTH CAROLINA
 In The Supreme Court
 
 
 
 
 
 The State, Respondent,
 
 
 
 
 v.
 
 
 
 
 Christopher Schmidt, Appellant.
 
 
 
 
 
 Appeal from Dorchester County
  Diane Schafer Goodstein, Circuit Court Judge
 
 Memorandum Opinion No. 2005-MO-021
 Heard October 19, 2004  Filed May 23, 2005
 
 AFFIRMED
 
 
 
 
 
 Assistant Appellate Defender Eleanor Duffy Cleary, of Office of Appellate Defense, of Columbia, for Appellant.
 Deputy Director for Legal Services Teresa A. Knox, Legal Counsel Tommy Evans, Jr., Legal Counsel J. Benjamin Aplin and Legal Counsel Lovee M. Watts, all of SC Department of Probation, Parole & Pardon Services, of Columbia, for Respondent.
 
 
 
 
 
 PER CURIAM:  Affirmed pursuant to Rule 220(b)(1), SCACR, and the following authority: State v. Smalls, Op. No. 25988 (S.C. Sup. Ct. filed May 23, 2005) (Shearouse Adv. Sh. No. 21).
 TOAL, C.J., MOORE, WALLER, BURNETT and PLEICONES, JJ., concur.